

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00004-CR

Nelson Adjimiro **COLLAZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR0917
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 26, 2013.

_____
Patricia O. Alvarez, Justice